Jon Keith SMITH, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42351.

Missouri Court of Appeals,
Western District.

March 20, 1990.

Lew Kollias, Columbia, for appellant,

William L. Webster, Atty. Gen., and Breck K. Burgess, Asst. Attys. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
SHANGLER and TURNAGE, JJ.

ORDER

PER CURIAM.

Appeal from denial of rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).